690 A.2d 593

ESTATE OF ANTHONY TERMINELLI, PETITIONER–APPEL-
LANT, v. POLICE AND FIREMEN'S RETIREMENT SYSTEM,
DIVISION OF PENSIONS, RESPONDENT–RESPONDENT.

Argued March 3, 1997—Decided April 1, 1997.

*Leon B. Savetsky* argued the cause for appellant (*Loccke &
Correia,* attorneys).

*Richard L. Evert,* Deputy Attorney General, argued the cause
for respondent (*Peter G. Verniero,* Attorney General of New

Jersey, attorney; *Joseph L. Yannotti*, Assistant Attorney General, of counsel; *Sue Kleinberg*, Deputy Attorney General, on the brief)

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Landau's opinion of the Appellate Division, reported at 290 *N.J.Super.* 231, 675 *A*.2d 673 (1996).

*For affirmance*—Chief Justice, PORITZ, and Justices HANDLER, POLLOCK, O'HERN, GARIBALDI, STEIN and COLEMAN—7.

*Opposed*—None.